IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MICHAEL L. YARN**                                                                 **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:05cv638WHB-JCS**

**MARSHALL PACK and MISSISSIPPI HIGHWAY PATROL**        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of March, 2006.


                                       s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE